TORRES | TORRES STALLINGS
A LAW CORPORATION
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
GERARDO TOVAR-ROJAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00288-JLT |
| Plaintiff, | |
| | ORDER OF RELEASE |
| GERARDO TOVAR-ROJAS, | |
| Defendants. | |

IT IS HEREBY ORDERED that defendant, Gerardo Tovar-Rojas, shall be released today, July 23, 2025, from the Central Valley Annex and given to the care, custody, and control of defense counsels' private investigator, Rocco Lovetere. It is further ordered that Mr. Lovetere will deliver Mr. Tovar-Rojas into the Teen Challenge Rehabilitation Center in Reedley, California.

DATED: 7-23-2025

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1